# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

William R Bradley, Jr,

     Plaintiff,

     v.                                Case No. 1:04cv779

Department of Housing and Urban
     Development, et al.,                    Judge Michael H. Watson

     Defendant(s).

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 29, 2005 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter *de novo* pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Defendant United States Department of Housing and Urban Development's Motion to Dismiss (Doc. 15) is **GRANTED.** Plaintiff's Complaint against Defendant United States Department of Housing and Urban Development is dismissed without prejudice for failure to serve and failure to abide by a Court order. An appeal of this decision would not be taken in good faith. This action shall proceed only against Defendant EMC Mortgage Corporation.

_____
Michael H. Watson
United States District Judge

bac    July 26, 2005