# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

William R. Bradley, Jr.,

    Plaintiff,

    v.                                      Case No. 1:04cv779

Department of Housing and              Judge Michael H. Watson
    Urban Development, et al.,

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed January 4, 2006 (Doc. 33).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Complaint is dismissed with prejudice. This action is closed.

**IT IS SO ORDERED.**

                                                      Michael H. Watson, Judge
                                                      United States District Court

bac       January 30, 2006